IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY PFEIFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 15-cv-0132-MJR-DGW |
| | ) |
| PANERA BREAD COMPANY, | ) |
| STREAMCO, LLC, | ) |
| PANERA, LLC, and | ) |
| TOTAL LOT MAINTENANCE CO., | ) |
| | ) |
| Defendants. | ) |

**ORDER FINDING GOOD FAITH SETTLEMENT
AS TO PLAINTIFF AND TWO DEFENDANTS**

**REAGAN, Chief Judge:**

Pursuant to 740 ILCS 100/1, et seq., having reviewed the record before the Court, the undersigned Judge **GRANTS** the motion at Doc. 84 (Defendants Panera Bread Company and Panera, LLC's motion for good faith finding, to which no party objected by the December 14, 2015 deadline imposed at Doc. 85). The Court **FINDS** as follows.

(1) The settlement by and between Plaintiff Pfeifer and Defendants Panera Bread Company and Panera LLC was made in **GOOD FAITH**, within the meaning of the Illinois Joint Tortfeasors Contribution Act; and

(2) Any and all counterclaims for contribution against Defendants Panera Bread Company and Panera LLC, arising out of the facts and circumstances in the above-entitled action are hereby **BARRED**.

IT IS SO ORDERED.

DATED December 16, 2015.

                                        **s/ Michael J. Reagan**
                                        Michael J. Reagan
                                        United States District Judge